## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

**INDICTMENT**

**MICHAEL HILL**

5:20-cr-34/TKW/MJF

_____/

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about April 14, 2020, in the Northern District of Florida, the

defendant,

**MICHAEL HILL,**

knowing he had previously been convicted of a crime punishable by imprisonment

for a term exceeding one year, knowingly possessed a firearm and ammunition in

and affecting interstate and foreign commerce, that is:

1.  a.  On or about April 18, 2011, **MICHAEL HILL** was

    convicted in the State of Florida of Fleeing Police Officer

    Felony;

    b.  On or about October 8, 2015, **MICHAEL HILL** was convicted

    in the State of Florida of Possession of Controlled Substance;

    Possession of Contraband in County Detention Facility; and

    Felony Driving With License Suspended;

FILED USDG FLND PN
DEC 15 '20 PM2:45

c.   On or about October 8, 2015, **MICHAEL HILL** was convicted in the State of Florida of Aggravated Battery With a Deadly Weapon; and

d.   On or about October 8, 2015, **MICHAEL HILL** was convicted in the State of Florida of Possession of a Controlled Substance.

2.   For each of these crimes, **MICHAEL HILL** was subject to punishment by a term of imprisonment exceeding one year.

3.   Thereafter, **MICHAEL HILL** did knowingly possess a firearm, to wit, a Smith and Wesson 9 millimeter pistol, and ammunition, namely, Federal and Winchester 9 millimeter.

4.   This firearm and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## CRIMINAL FORFEITURE

The allegation contained in Count One of this Indictment is hereby realleged and incorporated by reference.  Because the defendant,

## MICHAEL HILL,

in committing and attempting to commit a felony in violation of the laws of the United States, as charged in Count One of this Indictment, perpetrated in whole or

2

in part by the use of a firearm and ammunition, did knowingly possess the firearm

and ammunition described above, any and all interest that this defendant has in the

firearm and ammunition involved in this violation is vested in the United States

and hereby forfeited to the United States pursuant to Title 18, United States Code,

Section 3665.

A TRUE BILL:

███████████████████████

FOREPERSON

_12/15/2020_
DATE

LAWRENCE KEEFE
United States Attorney

MICHELLE SPAVEN
Assistant United States Attorney

3